UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daciann D. Brown,                                           Civ. No. 22-3183 (PAM/LIB)

           Petitioner,

v.                                                          **MEMORANDUM AND ORDER**

Michael Segal, Warden,

           Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois dated May 23, 2023. (Docket No. 12.) The R&R recommends that Petitioner Daciann D. Brown's Petition for a Writ of Habeas Corpus be denied as moot. Brown did not file any objections to the R&R and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 12) is **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED as moot**; and

3. This matter is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   June 15, 2023                               *s/Paul A. Magnuson*
                                                                            Paul A. Magnuson
                                                                            United States District Court Judge